# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Petitioner,

v.

Charlie Song,

        Respondent.

Civil No. 19-cv-3038 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The government's Petition to Determine the Present Mental Condition of an Imprisoned Person under 18 U.S.C. § 4245 [Doc. No. 1] is **GRANTED**;

3. The Court finds that Charlie Song is a person with a mental disease or defect, is in need of custody for care or treatment of that mental disease or defect, and that FMC Rochester is a suitable facility for such custody, care, and treatment; and

4. Song is committed to the custody of the United States Attorney General pursuant to 18 U.S.C. § 4245 for hospitalization and treatment until he is no longer in need of such custody for care and treatment, or until the expiration of the sentence of imprisonment, whichever occurs earlier.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9/29/20

        s/Patrick J. Schiltz
        PATRICK J. SCHILTZ
        United States District Judge